UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY COPLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-1920 |
| ) | |
| U.S. SENTENCING COMMISSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Coplin v. United States Sentencing Commission*, No. 13-1360 (D.D.C. filed Sept. 9, 2013), and it will be dismissed as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: Nov. 8, 2013